UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

SHIBIN WANG,

Petitioner,

v. No. 1:26-CV-406-H

MARKWAYNE MULLIN, et al.,

Respondents.

**ORDER**

On August 14, 2026, Shibin Wang filed his petition for a writ of habeas corpus, challenging his detention without a bond hearing. Dkt. No. 1. Because of certain factual deficiencies, the Court ordered Wang to file an amended petition on or by September 8. Dkt. No. 3. Wang missed that deadline. On October 8, the Court once again ordered Wang to file an amended petition, and it advised Wang that his failure to do so on or by October 13 would result in the involuntary dismissal of his petition without prejudice. Dkt. No. 4; *see* Fed. R. Civ. P. 41(b); *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962)). Now, once again, Wang has missed his deadline. He has not filed his amended petition, sought a further extension to do so, apprised the Court of why he is delayed, or indeed communicated with the Court in any way. Because of Wang's failure to follow a court order and his apparent unwillingness to prosecute his case, his petition is dismissed without prejudice.

So ordered on October 16, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE